UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60797-CIV-ZLOCH

DALE MATTHEW JOHNSON,

    Plaintiff,

vs.                                       **O R D E R**

THE SCHOOL BOARD OF BROWARD
COUNTY, and JOE LUECHAUER,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 74) filed herein by United States Magistrate Judge Lurana S. Snow. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendation (DE 74) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

    2. Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of December, 2008.

                                              WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:
The Honorable Lurana S. Snow
United States Magistrate Judge
All Counsel of Record