UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60797-CIV-ZLOCH

DALE MATTHEW JOHNSON,

    Plaintiff,

vs.                                   **<u>FINAL JUDGMENT</u>**

THE SCHOOL BOARD OF BROWARD
COUNTY, and JOE LUECHAUER,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendations (DE 74) filed herein by United States Magistrate Judge Lurana S. Snow. For the reasons expressed in this Court's Order adopting said Report and Recommendation, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendants The School Board of Broward County, Florida and Joe Luechauer; and

    2. Defendants shall go hence without day.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of December, 2008.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge
All Counsel of Record