UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60797-CIV-ZLOCH

DALE MATTHEW JOHNSON,

    Plaintiff,

vs.                                                     **FINAL JUDGMENT Re: COSTS**

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant's Unopposed Motion To Tax Costs (DE 78). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 77), the Court entered Final Judgment in favor of Defendant The School Board of Broward County, Florida and against Plaintiff Dale Matthew Johnson. Therefore, costs incurred in this action contemplated by 28 U.S.C. § 1920 shall be awarded to Defendant, and the Court finds Defendant's submission of costs to be reasonable.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant's Unopposed Motion To Tax Costs (DE 78) be and the same is hereby **GRANTED**; and

    2. Defendants do have and recover from Plaintiff Dale Matthew Johnson the sum of $2,588.05 as costs incurred in the above-styled cause, together with interest thereon from the date of the Court's

Order (DE 77), at a rate of 0.43% per anum, for all of which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record